UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **Krista Byrd,** | ) Civil Action No.: 4:19-cv-00911-RBH |
| **Plaintiff,** | ) |
| v. | ) |
| **Caliber Home Loans, Inc.,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Krista Byrd, and Defendant, Caliber Home Loans, Inc., and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this matter should be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted on this 26th day of July, 2019.

/s/ Penny Hays Cauley
Penny Hays Cauley
William K. Geddings
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
Attorneys for Plaintiffs

/s/ T. Richmond McPherson
T. Richmond McPherson
MCGUIREWOODS, LLP
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Attorney for Defendant
Caliber Home Loans, Inc.